## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable Katharine S. Hayden |
| | : | |
| v. | : | ~~Mag~~ Crim No. 12- |
| | : | |
| COLIN BRATHWAITE, | : | |
| a/k/a "Dwayne Brathwaite" | : | |
| | : | **ORDER** |

For the reasons stated on the record on March 19, 2012;

IT IS on this 19th day of March, 2012,

ORDERED that the Clerk of the Court amend the caption

of this case to reflect proper spelling of the Defendant's last

name, "Colin Brathwaite, a/k/a Dwayne Brathwaite".

_____
Hon. Katharine S. Hayden
United States District Judge